IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| CLASS A PROPERTIES SEVEN, LLC | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-45352 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on March 15, 2011, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached <u>MOTION FOR ENTRY OF FINAL DECREE</u> will be heard before the Honorable Carol A. Doyle, Bankruptcy Judge at 219 S. Dearborn, Room 742, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Penelope N. Bach**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

### CERTIFICATE OF SERVICE

I, Penelope N. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on March 7, 2011.

/s/ Penelope N. Bach

Service List

**Class A Properties Seven, LLC**
17 W. 240 22nd Street Suite 305
Oak Brook Terrace, Illinois 60181

**United States Trustee**
219 S. Dearborn Street
Chicago, Illinois 60604

**DK Realty Partners, LLC**
350 East Algonquin Road Suite 201
Schaumburg, Illinois 60173

**DK Realty Partners, LLC**
C/O RA Algis F. Augustine
218 North Jefferson Suite 202
Chicago, Illinois 60661

**AT&T Phone Services**
510 Lake Cook Rd
Deerfield, IL 60015
(14788849)
(cr)

**Baron Design Group**
1323 Butterfield Rd
Downers Grove, IL 60515
(14788850)
(cr)

**Eduardo Haro**
661 W. Lake Street
Suite 1W
Chicago, IL 60661
(14788853)
(cr)

**Ira T. Kaufman, PC**
661 W. Lake St, Suite 1W
Chicago, IL 60661
(14788854)
(cr)

**Mancilla Construction**
d/b/a Jose Mancilla
2204 N Karlov Avenue
Chicago, IL 60639
(14788856)
(cr)

**Nick Marsico**
Huck Bouma, PC
1755 S. Naperville Rd, Suite 200
Wheaton, IL 60189
(14788858)
(cr)

**Nigro Westfall & Gryska PC**
1793 Bloomingdale
Glendale Heights, IL 60139
(14788859)
(cr)

Old Second National Bank
Lisle/Naperville Branch
3101 Ogden Avenue
Lisle, IL 60532-1678

(14788860)
(cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| CLASS A PROPERTIES SEVEN, LLC | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-45352 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **CLASS A PROPERTIES SEVEN, LLC**, by their attorneys PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On November 30, 2009, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 11 of the United States Bankruptcy Code.

2. On October 19, 2010, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Amended Plan of Reorganization.

3. Pursuant to the Confirmed Plan, Debtors' Payments to Class 1 creditors (administrative) are to be paid upon approval of the claims by the court.

4. Pursuant to the Confirmed Plan, Debtors' payments to the Class 2 creditor (Old Second National Bank-secured and impaired) has continued and begun.

5. Pursuant to the Confirmed Plan, Debtors' payments to Class 3 creditors (impaired unsecured non priority creditors) has begun, and, as this date has not been completed.

6. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

7. Debtors requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, **CLASS A PROPERTIES SEVEN, LLC**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

Respectfully submitted,
**CLASS A PROPERTIES SEVEN, LLC**

BY: /s/Penelope N. Bach
One of their attorneys

Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808